FILED
OCT 18 2011
U.S. DISTRICT COURT
ELKINS WV 26241

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MELISSA MILLER,
    Defendant.

CRIMINAL NO. 2:11cr29
VIOLATION: 42 USC 1383a(a)(4)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
*(Converting Social Security Benefits)*

From on or about January 2006 and continuing until on or about January 2011, in or near Hardy County and within the Northern Judicial District of West Virginia, the defendant, MELISSA MILLER, having made application to receive Supplemental Security Income (SSI) benefits under Subchapter XVI of the Social Security Act, for the use and benefit of her child, "K.E.", and having received such benefits in the approximate total amount of $9,579.00, knowingly and willfully converted such benefits and any part thereof to a use other than for the use and benefits of her child; all in violation of Title 42, United States Code, Section 1383a(a)(4).

A true bill,

/s/ _____
Foreperson
(Signature on File)

/s/ Shawn Angus Morgan for
William J. Ihlenfeld, II
United States Attorney